UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 08-14243-CIV-GRAHAM/WHITE

LENWOOD DAVIES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order on July 7, 2008 [D.E. 3]. On July 1, 2009, the Magistrate Judge issued a Report [D.E. 25] recommending that the Motion to Vacate be granted only with respect to the claim that counsel was ineffective for failing to prosecute a direct appeal when requested to do so. The Magistrate Judge also recommended that the same sentence be reimposed, that the movant be permitted to file a direct appeal, and that the remaining claims in the Motion to Vacate be dismissed without prejudice. Neither party filed Objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's

Report [D.E. 25] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1] is **GRANTED in part**. The Motion is granted only with respect to the claim that counsel was ineffective for failing to prosecute a direct appeal when requested to do so. It is further

**ORDERED AND ADJUDGED** that the same sentence is reimposed. It is further

**ORDERED AND ADJUDGED** that the movant is permitted to file a direct appeal, as dictated by the procedure set forth in United States v. Phillips, 225 F.3d 1198, 1200-01 (11th Cir. 2000). It is further

**ORDERED AND ADJUDGED** that the remaining claims in the Motion to Vacate are **DISMISSED without prejudice**. The movant may raise the remaining claims in a subsequent § 2255 motion once his conviction becomes final upon resolution of his reinstated direct appeal. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August 2009.

                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Patrick A. White
      All Attorneys of Record